■ EARL MARTIN et al., as Coadministrators of the Estate of ALLAN MARTIN, Deceased, Appellants, v. CATHOLIC CHARITIES OF THE ARCHDIOCESE OF NEW YORK, Respondent.— Judgment so far as appealed from unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, McNally, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING GILBERT, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of the First Intermediate Accounting of POLLY B. HOWE et al., as Successor Trustees of the Trust Created by WILLIAM D. HOWE, Respondents. CYNTHIA H. ARMOUR et al., Appellants; POLLY B. HOWE, Individually, et al., Respondents.— Order unanimously affirmed, with costs to all parties appearing separately and filing briefs, payable out of the estate. No opinion. Concur — Breitel, J. P., Valente, McNally and Bergan, JJ.

■ In the Matter of the Intermediate Accounting of GERALD FITZGERALD, as Trustee under the Will of ALEXANDER MORTEN, Deceased. In the Matter of the Accounting of MARJORY MORTEN, as Trustee under the Will of ALEXANDER MORTEN, Deceased. MARJORY MORTEN, Appellant; GERALD FITZGERALD et al., Respondents.— Decree unanimously modified on the facts and in the exercise of discretion so as to provide in the 7th decretal paragraph for an increase to $36,000 per year, and as modified is otherwise affirmed. Costs to all parties filing briefs payable out of the trust estate. Settle order. Concur — Breitel, J. P., Valente, McNally and Bergan, JJ. [See post, p. 867.]

■ In the Matter of the Accounting of MARY L. G. TOWNLEY, as Executrix of ALFRED H. TOWNLEY, Deceased Trustee of the Trust Created in the Will of ALEXANDER MORTEN, Deceased. MARJORY MORTEN, Appellant; GERALD FITZGERALD et al., Respondents.—Decree so far as appealed from unanimously affirmed, with costs and disbursements to all parties filing briefs payable out of the trust estate. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ 100 E. 53RD STREET CORNER HOUSE RESTAURANT, INC., Appellant, v. WALTER WEPPRECHT et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ In the Matter of FRANCIS J. MONAHAN, Petitioner, against ANNA M. KROSS, as Commissioner of the Department of Correction of the City of New York, Respondent.— Determination unanimously confirmed and the petition is dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ HELEN K. LAPCHAK, Respondent, v. JOSEPH ABRAMS et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $10 costs and disbursements to plaintiff-respondent. We construe the several allegations of the complaint to allege that plaintiff-respondent was a stockholder of the older corporation since 1945, and plaintiff-respondent will be required to prove those allegations on the trial. Order unanimously affirmed, with $10 costs and disbursements to plaintiff-respondent. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Bergan, JJ.

■ JOSEPHINE PERSONENI v. CYRUS AQUINO et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Rabin, McNally, Stevens and Bergan, JJ.